Official Form 416B (12/15)

**FILED**

MAR 2 4 2017

Clerk, U.S. Bankruptcy,
Orlando Division

## United States Bankruptcy Court

_____Middle_____ District Of _____Florida_____

In re  $4000, 00/100
_____
Debtor

Case No. 13-14017
6:13BK9677(?)

Chapter _____

Motion

For my $4000 send
To Ainsley B Reid-Hart
at 6832 Goldeneye Dr
Lockhart
FL 32810

That was last
I would I Please to
Me Ainsley Reid-Hart.
I have be living at
this address from 1999
up this time, check
was send to me
about May 2012.

PLEASE ACCEPT MY 66407163 6KY5
THANK. I would have
HERE IN

Amy Bk-Hart
3/24/17